BOSTON FIVE CENTS SAVINGS BANK ET AL. *v.*
CITY OF NEW BEDFORD.

No. 273.  Decided October 20, 1958.

*Robert G. Dodge* and *Harold S. Davis* for appellants.
*Joseph C. Duggan* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

GRAHAM-WHITE SALES CORP. ET AL. *v.* PRIME
MANUFACTURING CO.

No. 297.  Decided October 20, 1958.

*Maxwell H. Herriott* for appellants.
*John W. Michael* and *Herman E. Friedrich* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.